UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| PHILLIPS-VAN HEUSEN CORPORATION,<br>**Plaintiff**<br><br>-v-<br><br>INTERNATIONAL HOME TEXTILES, INC.<br>and SALO GROSFELD,<br>**Defendant** |
|---|



Case No.

**Rule 7.1 Statement**

      Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for ___Plaintiff___ (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

NONE



Date: 9/18/07

Signature of Attorney

Attorney Bar Code: AW 0942

Form Rule7_1.pdf