UNITED STATES DISTRICT COURT/SOUTHERN DISTRICT OF NEW YORK     Attorney: WEISS & HILLER, PC - 1048

PHILLIPS-VAN HEUSEN CORPORATION

Index # 07 CIV 8169

Plaintiff(s)

- against -

Date Filed:

INTERNATIONAL HOME TEXTILES, INC. AND SALO GROSFELD

Defendant(s)   **AFFIDAVIT OF SERVICE**

STATE OF Florida  : COUNTY OF Broward   ss:

Jonathan Levy BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION, OVER THE AGE OF EIGHTEEN YEARS AND RESIDES AT Palm Beach County, FL ON 9-26-07 AT 4:45 AM/PM AT 4911 SW 173rd Southwest Ranches, FL 33331

DEPONENT SERVED THE WITHIN SUMMONS & COMPLAINT, RULE 7.1 STATEMENT, CIVIL COVER SHEET & JUDGE'S RULES ON: SALO GROSFELD, THE DEFENDANT/RESPONDENT THEREIN NAMED.

**#1 INDIVIDUAL** By delivering a true copy of each to said defendant/respondent personally; deponent knew the person so served to be the person described as the defendant/respondent therein.

**#2 CORPORATION** A _____ corporation, delivering thereat a true copy of each to _____ personally, deponent knew said corporation so serviced to be the corporation, described in same as said defendant/respondent and knew said individual to be _____ thereof.

**#3 SUITABLE AGE PERSON** ✓ By delivering a true copy of each to Yvonne Grosfeld a person of suitable age and discretion. Said premises is the defendant's/respondent's [ ] actual place of business [✓] dwelling house / usual place of abode within the state. Spouse

**#4 AFFIXING TO DOOR** By affixing a true copy of each to the door of said premises, which is the defendant's/respondent's [ ] actual place of business [ ] dwelling house /usual place of abode within the state.

**#5 MAILING COPY** ✓ On 9-27-2007, deponent completed service under the last two sections by depositing a copy of the SUMMONS & COMPLAINT, RULE 7.1 STATEMENT, CIVIL COVER SHEET & JUDGE'S RULES to the above address in a First Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of Florida.

Deponent was unable, with due diligence to find the defendant/respondent or a person of suitable age and discretion, having called thereat

on the _____ day of _____ at _____
on the _____ day of _____ at _____
on the _____ day of _____ at _____
on the _____ day of _____ at _____

**#6 NON-SERVICE** After due search, careful inquiry and diligent attempts, I have been unable to effect process upon the defendant/respondent being served because of the following: [ ] party unknown at address [ ] Evading [ ] Moved left no forwarding [ ] Address does not exist [ ] No one ever in or available to accept service

**#7 DESCRIPTION** ✓ A description of the defendant/respondent, or other person served, or spoken to on behalf of the defendant/respondent is as follows:

Description is required if #1,#2 or #3 above is Selected

| Sex | Skin Color | Hair Color | Age (Approx.) | Height (Approx.) | Weight (Approx) |
|---|---|---|---|---|---|
| F | White | Blonde | 40 | 5'5" | 110 lb |

Other:

**# 8 WIT. FEES** $_____ the authorizing traveling expenses and one day's witness fee was paid (tendered) to the witness/recipient.

**# 9 MILITARY SERVICE** ✓ Deponent asked person spoken to whether the defendant/respondent was in the military service of the United States Government or on active duty in the military service in the State of FL and was informed the defendant/respondent was not.

NOTARY PUBLIC-STATE OF FLORIDA
Lynne Gewant
Commission # DD610026?
Expires: OCT. 30, 2010
Atlantic Bonding Co., Inc.

Sworn before me this _____ day of SEPTEMBER, 2007

Server signature: _____

Notary Public

Docket #: 506078

UNITED STATES DISTRICT COURT/SOUTHERN DISTRICT OF NEW YORK          Attorney: WEISS & HILLER, PC - 1048

PHILLIPS-VAN HEUSEN CORPORATION

Index # 07 CIV 8169

Plaintiff(s)

- against -

Date Filed:

INTERNATIONAL HOME TEXTILES, INC. AND SALO GROSFELD

Defendant(s)   **AFFIDAVIT OF SERVICE**

STATE OF Florida      : COUNTY OF Broward      ss:

Jonathan Levy BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION, OVER THE AGE OF EIGHTEEN YEARS AND RESIDES AT Palm Beach County, FL ON 9-26-07 AT 4:45 AM/PM AT 4911 SW 173rd Southwest Ranches, FL 33331

DEPONENT SERVED THE WITHIN SUMMONS & COMPLAINT, RULE 7.1 STATEMENT, CIVIL COVER SHEET & JUDGE'S RULES ON: SALO GROSFELD, THE DEFENDANT/RESPONDENT THEREIN NAMED.

**#1 INDIVIDUAL** — By delivering a true copy of each to said defendant/respondent personally; deponent knew the person so served to be the person described as the defendant/respondent therein.

**#2 CORPORATION** — A _____ corporation, delivering thereat a true copy of each to _____ personally, deponent knew said corporation so serviced to be the corporation, described in same as said defendant/respondent and knew said individual to be _____ thereof.

**#3 SUITABLE AGE PERSON** — By delivering a true copy of each to Yvonne Grosfeld a person of suitable age and discretion. Said premises is the defendant's/respondent's [ ] actual place of business [X] dwelling house / usual place of abode within the state. Spouse

**#4 AFFIXING TO DOOR** — By affixing a true copy of each to the door of said premises, which is the defendant's/respondent's [ ] actual place of business [ ] dwelling house /usual place of abode within the state.

**#5 MAILING COPY** — On 9-27-2007, deponent completed service under the last two sections by depositing a copy of the SUMMONS & COMPLAINT, RULE 7.1 STATEMENT, CIVIL COVER SHEET & JUDGE'S RULES to the above address in a First Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of Florida.

Deponent was unable, with due diligence to find the defendant/respondent or a person of suitable age and discretion, having called thereat

on the _____ day of _____ at _____
on the _____ day of _____ at _____
on the _____ day of _____ at _____
on the _____ day of _____ at _____

**#6 NON-SERVICE** — After due search, careful inquiry and diligent attempts, I have been unable to effect process upon the defendant/respondent being served because of the following: [ ] party unknown at address  [ ] Evading  [ ] Moved left no forwarding  [ ] Address does not exist  [ ] No one ever in or available to accept service

**#7 DESCRIPTION** — A description of the defendant/respondent, or other person served, or spoken to on behalf of the defendant/respondent is as follows:

Description is required if #1,#2 or #3 above is Selected

| Sex | Skin Color | Hair Color | Age (Approx.) | Height (Approx.) | Weight (Approx) |
|---|---|---|---|---|---|
| F | White | Blonde | 40 | 5'5" | 110 lb |

Other:

**# 8 WIT. FEES** — $_____ the authorizing traveling expenses and one day's witness fee was paid (tendered) to the witness/recipient.

**# 9 MILITARY SERVICE** — Deponent asked person spoken to whether the defendant/respondent was in the military service of the United States Government or on active duty in the military service in the State of FL and was informed the defendant/respondent was not.

NOTARY PUBLIC-STATE OF FLORIDA
Lynne Gewant
Sworn Commission # DD610057
Expires: OCT. 30, 2010
Notary Public ATLANTIC BONDING CO., INC.

_____ day of SEPTEMBER, 2007

Server signature: _____

Docket #: 506078