UNITED STATES DISTRICT COURT/SOUTHERN DISTRICT OF NEW YORK        Attorney: WEISS & HILLER, PC - 1048

---

PHILLIPS-VAN HEUSEN CORPORATION

Index # 07 CIV 8169

Plaintiff(s)

- against -

Date Filed:

INTERNATIONAL HOME TEXTILES, INC. AND SALO GROSFELD

Defendant(s)

**AFFIDAVIT OF SERVICE**

STATE OF Florida : COUNTY OF Miami-Dade ss:

Mark James BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION, OVER THE AGE OF EIGHTEEN YEARS AND RESIDES AT Miami, FL . ON 9/28/07 AT 2:30 AM/PM AT 19401 West Dixie Highway, Miami, FL 33180

DEPONENT SERVED THE WITHIN SUMMONS & COMPLAINT, RULE 7.1 STATEMENT, CIVIL COVER SHEET & JUDGE'S RULES ON: INTERNATIONAL HOME TEXTILES, INC., THE DEFENDANT/RESPONDENT THEREIN NAMED.

**#1 INDIVIDUAL**    By delivering a true copy of each to said defendant/respondent personally; deponent knew the person so served to be the person described as the defendant/respondent therein.

**#2 CORPORATION**    A _____ corporation, delivering thereat a true copy of each to Jenrette, Lashondra personally, deponent knew said corporation so serviced to be the corporation, described in same as said defendant/respondent and knew said individual to be Administrative Office Manager thereof.

**#3 SUITABLE AGE PERSON**    By delivering a true copy of each to _____ a person of suitable age and discretion. Said premises is the defendant's/respondent's [ ] actual place of business [ ] dwelling house / usual place of abode within the state.

**#4 AFFIXING TO DOOR**    By affixing a true copy of each to the door of said premises, which is the defendant's/respondent's [ ] actual place of business [ ] dwelling house /usual place of abode within the state.

**#5 MAILING COPY**    On _____, deponent completed service under the last two sections by depositing a copy of the SUMMONS & COMPLAINT, RULE 7.1 STATEMENT, CIVIL COVER SHEET & JUDGE'S RULES to the above address in a First Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of _____.

Deponent was unable, with due diligence to find the defendant/respondent or a person of suitable age and discretion, having called thereat

on the _____ day of _____ at _____
on the _____ day of _____ at _____
on the _____ day of _____ at _____
on the _____ day of _____ at _____

**#6 NON-SERVICE**    After due search, careful inquiry and diligent attempts, I have been unable to effect process upon the defendant/respondent being served because of the following: [ ] party unknown at address [ ] Evading [ ] Moved left no forwarding [ ] Address does not exist [ ] No one ever in or available to accept service

**#7 DESCRIPTION**    A description of the defendant/respondent, or other person served, or spoken to on behalf of the defendant/respondent is as follows:

Description is required if #1,#2 or #3 above is Selected

| Sex | Skin Color | Hair Color | Age (Approx.) | Height (Approx.) | Weight (Approx) |
|---|---|---|---|---|---|
| F | Brown | Brown | 27-30 | 5'2" | 175 |

Other:

**# 8 WIT. FEES**    $ _____ the authorizing traveling expenses and one day's witness fee was paid (tendered) to the witness/recipient.

**# 9 MILITARY SERVICE**    Deponent asked person spoken to whether the defendant/respondent was in the military service of the United States Government or on active duty in the military service in the State of _____ and was informed the defendant/respondent was not.

Jonathan M. Levy
Commission #DD298037
Expires: Mar 13, 2008
Bonded Thru
Atlantic Bonding Co., Inc.

Sworn to before me on this 28 day of September, 2007

Server signature: _____

Notary Public

Docket #: 506079

PHILLIPS-VAN HEUSEN CORPORATION

Index # 07 CIV 8169

Plaintiff(s)

Date Filed:

- against -

INTERNATIONAL HOME TEXTILES, INC. AND SALO GROSFELD

Defendant(s)

**AFFIDAVIT OF SERVICE**

STATE OF Florida : COUNTY OF Miami-Dade ss:

Mark James BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION, OVER THE AGE OF EIGHTEEN YEARS AND RESIDES AT Miami, FL . ON 9/28/07 AT 2:30 AM/PM AT 19401 West Dixie Highway, Miami, FL 33180

DEPONENT SERVED THE WITHIN SUMMONS & COMPLAINT, RULE 7.1 STATEMENT, CIVIL COVER SHEET & JUDGE'S RULES ON: INTERNATIONAL HOME TEXTILES, INC., THE DEFENDANT/RESPONDENT THEREIN NAMED.

**#1 INDIVIDUAL** By delivering a true copy of each to said defendant/respondent personally; deponent knew the person so served to be the person described as the defendant/respondent therein.

**#2 CORPORATION** [✓] A _____ corporation, delivering thereat a true copy of each to Jenrette, Lashondra personally, deponent knew said corporation so serviced to be the corporation, described in same as said defendant/respondent and knew said individual to be Administrative Office Manager thereof.

**#3 SUITABLE AGE PERSON** By delivering a true copy of each to _____ a person of suitable age and discretion. Said premises is the defendant's/respondent's [ ] actual place of business [ ] dwelling house / usual place of abode within the state.

**#4 AFFIXING TO DOOR** By affixing a true copy of each to the door of said premises, which is the defendant's/respondent's [ ] actual place of business [ ] dwelling house /usual place of abode within the state.

**#5 MAILING COPY** On _____, deponent completed service under the last two sections by depositing a copy of the SUMMONS & COMPLAINT, RULE 7.1 STATEMENT, CIVIL COVER SHEET & JUDGE'S RULES to the above address in a First Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of _____.

Deponent was unable, with due diligence to find the defendant/respondent or a person of suitable age and discretion, having called thereat

on the ____ day of ____ at ____
on the ____ day of ____ at ____
on the ____ day of ____ at ____
on the ____ day of ____ at ____

**#6 NON-SERVICE** After due search, careful inquiry and diligent attempts, I have been unable to effect process upon the defendant/respondent being served because of the following: [ ] party unknown at address [ ] Evading [ ] Moved left no forwarding [ ] Address does not exist [ ] No one ever in or available to accept service

**#7 DESCRIPTION** [✓] A description of the defendant/respondent, or other person served, or spoken to on behalf of the defendant/respondent is as follows:

Description is required if #1,#2 or #3 above is Selected

| Sex | Skin Color | Hair Color | Age (Approx.) | Height (Approx.) | Weight (Approx) |
|---|---|---|---|---|---|
| F | Brown | Brown | 27-30 | 5'2" | 175 |

Other:

**# 8 WIT. FEES** $_____ the authorizing traveling expenses and one day's witness fee was paid (tendered) to the witness/recipient.

**# 9 MILITARY SERVICE** [✓] Deponent asked person spoken to whether the defendant/respondent was in the military service of the United States Government or on active duty in the military service in the State of _____ and was informed the defendant/respondent was not.

Jonathan M. Levy
Commission #DD298037
Expires: Mar 13, 2008
Bonded Thru
Atlantic Bonding Co., Inc.

Sworn to before me on this 28 day of September, 2007

Server signature: [signature]

Notary Public

Docket #: 506079