UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
PHILLIPS-VAN HEUSEN CORPORATION,

                         Plaintiff,

      - against -

INTERNATIONAL HOME TEXTILES, INC.,
and SALO GROSFELD,

                        Defendants.
------------------------------------------------------------x

07 Civ. 8169 (AKH)

**NOTICE OF APPEARANCE**

      PLEASE TAKE NOTICE that defendants International Home Textiles, Inc. and Salo Grosfeld (collectively, the "Defendants") hereby appear in the above-captioned action, and that the undersigned have been retained as counsel for Defendants and demand that all papers in this action be served upon the undersigned at the offices and post office address set forth below.

Dated: New York, New York
       October 29, 2007

GREENBERG TRAURIG, LLP

By: _____
     Timothy E. Di Domenico (TD-4900)

MetLife Building
200 Park Avenue, 15th Floor
New York, New York 10166
(212) 801-9200

-and-

Of Counsel:

John F. Farraher, Jr.
Greenberg Traurig, LLP
One International Place, 20th Floor
Boston, MA 02110
(617) 310-6000
*Attorneys for Defendants*

TO: Arnold M. Weiss
Weiss & Hiller, P.C.
600 Madison Avenue
New York, NY 10022
(212) 319-4000
*Attorneys for Plaintiff*