UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
PHILLIPS-VAN HEUSEN CORPORATION,                :
                                                :
                      Plaintiff,              :           07 Civ. 8169 (AKH)
                                                :
       - against -                             :           **NOTICE OF**
                                                :           **MOTION**
INTERNATIONAL HOME TEXTILES, INC.,              :
and SALO GROSFELD,                              :
                                                :
                      Defendants.             :
-------------------------------------------------------------------x

      PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law and annexed Affidavit of Timothy E. Di Domenico and exhibits, Defendant Salo Grosfeld will move this Court, before the Honorable Alvin K. Hellerstein at the United States District Court, 500 Pearl Street, Courtroom 14D, New York, New York 10007, for an Order, pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, dismissing with prejudice all claims asserted against him in the Complaint in the above-captioned matter, and granting such other and further relief as the Court deems just and proper.

      PLEASE TAKE FURTHER NOTICE that opposition papers, if any, must be served on

or before December 13, 2007.

Dated: New York, New York
       November 26, 2007

GREENBERG TRAURIG, LLP

By: _____
Timothy E. Di Domenico (TD 4900)

MetLife Building
200 Park Avenue, 15th Floor
New York, New York 10166
(212) 801-9200

-and-

Of Counsel:

John F. Farraher, Jr.
Greenberg Traurig, LLP
One International Place, 20th Floor
Boston, MA  02110
(617) 310-6000

*Attorneys for Defendants*
*International Home Textiles, Inc.*
*and Salo Grosfeld*

To:   Arnold Weiss, Esq.
      Weiss & Hiller, P.C.
      600 Madison Avenue
      New York, NY  10022
      (212) 319-4000

      *Attorneys for Plaintiff*
      *Phillips-Van Heusen Corporation*

2