Timothy E. Di Domenico (TD 4900)
GREENBERG TRAURIG, LLP
MetLife Building
200 Park Avenue, 15th Floor
New York, New York 10166
(212) 801-9200

Of Counsel:

John F. Farraher, Jr.
Greenberg Traurig, LLP
One International Place, 20th Floor
Boston, MA  02110
(617) 310-6000

*Attorneys for Defendants
International Home Textiles, Inc.
and Salo Grosfeld*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- x

| | |
|---|---|
| PHILLIPS-VAN HEUSEN CORPORATION, | : |
| Plaintiff, | : 07 Civ. 8169 (AKH) |
| - against - | : |
| INTERNATIONAL HOME TEXTILES, INC., and SALO GROSFELD, | : |
| Defendants. | : |

------------------------------------------------------------------- x

## RULE 7.1 DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned, counsel for defendant International Home Textiles, Inc. ("IHT") in the above-captioned matter, certifies that IHT is a closely-held corporation. Accordingly, it has no publicly

traded parent, and no publicly held corporation owns 10% or more of its stock.

Dated: New York, New York
November 26, 2007

Respectfully submitted,

GREENBERG TRAURIG, LLP

By: _____
Timothy E. Di Domenico (TD 4900)

MetLife Building
200 Park Avenue, 15th Floor
New York, New York 10166
(212) 801-9200

-and-

Of Counsel:

John F. Farraher, Jr.
Greenberg Traurig, LLP
One International Place, 20th Floor
Boston, MA 02110
(617) 310-6000

*Attorneys for Defendants
International Home Textiles, Inc.
and Salo Grosfeld*