**WEISS & HILLER, PC**
*Attorneys at Law*
600 Madison Avenue
New York, New York 10022
(212) 319-4000

Direct email: rgrandwetter@weisshiller.com
Website: www.weisshiller.com

Telecopier: (212) 753-4530

November 29, 2007

**VIA FASCIMILE**

Honorable Alvin K. Hellerstein
United States District Court
 Southern District of New York
500 Pearl Street, Room 1050
New York, New York  10007

> Re:  Phillips-Van Heusen Corporation v. International Home Textiles, Inc.
>      and Salo Grosfeld
>      Case No. 07 Civ. 8169

Dear Judge Hellerstein:

    We represent plaintiff Phillips-Van Heusen Corporation in the above-captioned action.

    We write to request that plaintiff's time to oppose defendant Salo Grosfeld's ("defendant Grosfeld") motion to dismiss be extended from December 13, 2007 to January 21, 2008. In addition, we consent to extend defendant Grosfeld's time to file his reply to February 4, 2008.

    We request this adjournment because Arnold Weiss, the partner primarily responsible for this case, is currently out of the country and is not anticipated to return until December 11, 2007. Immediately upon Mr. Weiss' return, he will be engaged for most of December on a trial in the matter, Bank of India v. Ravi Subramanian, et al., Case No. 06 Civ. 2026, pending in the United States District Court for the Southern District of New York, before the Honorable William H. Pauley, III.

Honorable Alvin K. Hellerstein
November 29, 2007
page 2

     This is plaintiff's first request for an adjournment of this motion. Defendants' counsel consents to this request.

                      Respectfully submitted,

                      Rachel S. Grandwetter

c:     John F. Farraher, Jr. (By Facsimile)
       Timothy E. DiDomenico (By Facsimile)