**WEISS & HILLER, PC**
*Attorneys at Law*
600 Madison Avenue
New York, New York 10022
(212) 319-4000

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/21/07
```

Direct email: rgrandwetter@weisshiller.com
Website: www.weisshiller.com

Telecopier: (212) 753-4530

December 20, 2007

**VIA FACSIMILE**

Honorable Alvin K. Hellerstein
United States District Court
 Southern District of New York
500 Pearl Street, Room 1050
New York, New York 10007

DEC 2 0 2007

    Re:    Phillips-Van Heusen Corporation v. International Home Textiles, Inc.
            and Salo Grosfeld
            <u>Case No. 07 Civ. 8169</u>

Dear Judge Hellerstein:

       We represent plaintiff Phillips-Van Heusen Corporation in the above-captioned action.

       We write to request that plaintiff's time within which to reply or otherwise move with respect to defendant International Home Textiles, Inc.'s ("IHT") counterclaim be adjourned to January 9, 2008. The within application is made with the consent of IHT's attorneys.

       We request this adjournment for the following reason: although IHT's answer with counterclaim was served on November 26, 2007, at the court conference on November 14, 2007, defendants' counsel advised us and the court of IHT's intent to amend its answer and add certain counterclaims, in which event plaintiff's time to reply and otherwise move would be extended to twenty days after service of the new counterclaims. Indeed, we consented to IHT's request for an extension of the time within which for them to do so upon service of their answer and counterclaim. On December 20, 2007, we received notice that IHT will not be seeking leave to amend. Accordingly, we will now reply to the answer and counterclaim that was served on November 26, 2007.

*So ordered*
*12-21-07*
*[signature] Alvin K. Hellerstein*

Honorable Alvin K. Hellerstein
November 29, 2007
page 2

      This is plaintiff's first request for an adjournment of this reply.

                              Respectfully submitted,

                              Arnold Weiss, Esq.

c:     Timothy E. DiDomenico (By Facsimile)