**WEISS & HILLER, PC**
*Attorneys at Law*
600 Madison Avenue
New York, New York 10022
(212) 319-4000

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/27/07

Direct email: aweiss@weisshiller.com
Website: www.weisshiller.com

Telecopier: (212) 753-4530

December 21, 2007

*The court's approval not required regarding dates.*
*12-27-07*
*[signature]*

**VIA FACSIMILE**

Honorable Alvin K. Hellerstein
United States District Court
 Southern District of New York
500 Pearl Street, Room 1050
New York, New York 10007

Re: Phillips-Van Heusen Corporation v. International Home Textiles, Inc.
and Salo Grosfeld
<u>Case No. 07 Civ. 8169</u>

Dear Judge Hellerstein:

We represent plaintiff Phillips-Van Heusen Corporation in the above-captioned action.

With the consent of counsel for defendants, we write to request that the time within which the parties must file the Rule 26(a) disclosures be adjourned from December 28, 2007 to January 8, 2008.

We apologize for making another application within a short time frame and for any undue burden that this application may impose upon your Honor. We have been working diligently with our client to compile the necessary information to complete the 26(a) disclosures, but our client has just informed us that, due to the absence of its primary in-house counsel and director of licensing who are on vacation until after the New Year, it is impossible for our client to complete the disclosures within the allotted time frame. Our client has made it apparent that material information is unobtainable and in the sole knowledge of those representatives who are unavailable.

Honorable Alvin K. Hellerstein
December 21, 2007
page 2

    This is plaintiff's first request for an adjournment of the 26(a) disclosures.

                                            Respectfully submitted,

                                            Arnold Weiss, Esq.

c:      Timothy E. DiDomenico (By Facsimile)