Weiss & Hiller, P.C.
Attorneys for the Plaintiff
600 Madison Avenue
New York, New York 10022
Telephone:   (212) 319-4000
Facsimile:   (212) 753-4530
Email:        aweiss@weisshiller.com

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
PHILLIPS-VAN HEUSEN CORPORATION,   :
                                                                        :          Case No. 07 Civ 8169 (AKH)
                                            Plaintiff,            :
                                                                        :
              -against-                                          :          **PLAINTIFF'S RULE 26(a)**
                                                                        :          **DISCLOSURES**
                                                                        :
                                                                        :
INTERNATIONAL HOME TEXTILES, INC.  :
and SALO GROSFELD,                              :
                                                                        :
                                         Defendants.    :
------------------------------------------------------------x

     Pursuant to Rule 26(a) of the Federal Rules of Civil Procedure, Plaintiff, to the best of its knowledge, and based on information at this junction, discloses the following:

I.    **PERSONS MOST LIKELY TO HAVE RELEVANT INFORMATION**

    **Name, Address and Telephone Number (if available)**

    Kenneth Wyse
    Phillips-Van Heusen Corporation
    200 Madison Avenue
    New York, NY 10016
    (212) 381-3628

1

Maria Maselli
Phillips-Van Heusen Corporation
200 Madison Avenue
New York, NY 10016
(212) 381-3746

Kirsin Gollop
Phillips-Van Heusen Corporation
200 Madison Avenue
New York, NY 10016
(212) 381-3635

Hayley Werner
Phillips-Van Heusen Corporation
200 Madison Avenue
New York, NY 10016
(212) 381-3603

Lucine Watt
Phillips-Van Heusen Corporation
200 Madison Avenue
New York, NY 10016
(212) 381-3627

Malcolm Robinson
Phillips-Van Heusen Corporation
200 Madison Avenue
New York, NY 10016
(212) 381-3811

Anthony Trama
Phillips-Van Heusen Corporation
200 Madison Avenue
New York, NY 10016
(212) 381-3650

Mike Kelly
Phillips-Van Heusen Corporation
200 Madison Avenue
New York, NY 10016
(212) 381-3801

John Pawlick
Phillips-Van Heusen Corporation
1001 Frontier Road, Suite 100
Bridgewater, NJ 08807-2955
(908) 698-5223

Kristen Pinheiro
Phillips-Van Heusen Corporation
1001 Frontier Road, Suite 100
Bridgewater, NJ 08807-2955
(908) 698-6657

Mark Weber
Donna Karan International
550 Seventh Avenue
New York, NY 10108
(212) 789-1500

## II. DOCUMENTS

License Agreement between PVH and IHT, dated 1/1/2006, and any and all prior License Agreements between PVH and IHT

Documents disclosing and reflecting discussions and/or negotiations among and/or between Grosfeld, IHT and/or PVH relating to or otherwise concerning the License Agreement dated 1/1/2006

Invoices from PVH to defendants relating to the License Agreement dated 1/1/2006

Documents disclosing or otherwise relating to Percentage Royalty payments, and Minimum Guaranteed Royalties, including sums owed, due, and/or paid

Documents disclosing or otherwise relating to Advertising and Marketing Obligations, including sums owed, due, and/or paid

Documents disclosing and relating to defendants' Minimum Sales Requirements

Documents disclosing and relating to defendants' reporting obligations and their complaince therewith, including Royalty Statements, Licensing Forecasts, Marketing Expenditure Statements, insurance compliance statements, third-party manufacturing agreements, and Marketing Plans

Documents disclosing and relating to payments received by PVH from defendants

Documents disclosing and relating to limitations or restrictions on defendants' rights pursuant to the License Agreement, including those that relate to Seconds/Close Out limitations, deduction limits, J.C. Penny sales limitation, and PVH's right to immediately terminate (and ultimate

3

termination)
Documents disclosing and relating to defendants' efforts to exploit the License Agreement, including whether such efforts were commercially reasonable
Documents disclosing and relating to demands for payment from PVH to defendants, and responses thereto, relating to the License Agreement dated 1/1/2006
Communications between the parties, including correspondence and e-mails relating to the License Agreement dated 1/1/2006
Documents disclosing or relating to PVH's right and/or ability to inspect IHT's books and records and whether such inspections occurred

These documents are located in PVH's computer server and in PVH's New York, NY and Bridgewater, NJ offices.

### III. COMPUTATION OF DAMAGES

Defendants owe plaintiff at least (i) the sum of at least $626,103.00 representing Liquidated Damages for IHT's Percentage Royalty Payments and Minimum Guaranteed Royalties for the remainder of the term of the Agreement, and $1,067,933.00 representing sums due and owing by reason of IHT's various breaches and violations of the License Agreement, which include at least; (ii) the sum of $151,691.00 representing unpaid Advertising Obligations; (iii) the sum $573,897.00 representing unpaid Minimum Guaranteed Royalties; (iv) the sum of $266,570.00 representing unpaid Marketing Obligations; (v) the sum of $43,111.00 in additional royalties for certain close outs and seconds sold in excess of those permitted under the License Agreement; (vi) the sum of $29,564.00 representing unpaid Percentage Royalty payments; (vii) the sum of $3,100.00 representing deductions taken in violation of the License Agreement; (viii) any unknown sums that are to be determined, including damages resulting from defendants' failure to exploit the License Agreement in a commercially reasonable manner; (ix) any sums in excess of the minimum guaranteed fees that will be disclosed to be due in the course of discovery and/or in the course of audit and review of defendants' books and records, particularly for the first Annual Period and for the first quarter of the second Annual Period as defined pursuant to the License Agreement; and (x) interest, costs and any other sum that the court may deem just and proper.

### IV. INSURANCE AGREEMENT

None.

Dated:   New York, New York
         January 8, 2007

4

WEISS & HILLER, PC
Attorneys for Plaintiff
600 Madison Avenue
New York, New York 10022
(212) 319-4000

By: _____
Arnold M. Weiss (AW0942)

To:  Timothy Di Dominco
     Attorney for Defendants
     Greenberg Traurig, LLP
     MetLife Building
     200 Park Avenue, 15th Floor
     New York, New York 10166
     (212) 801-9200