## **CERTIFICATE OF SERVICE**

I hereby confirm that on January 8, 2008, a copy of the foregoing was filed. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing. Parties may access this filing through the Court's CM/ECF system.

*Rachel S. Grandwetter*
Rachel S. Grandwetter (RG 9199)