Weiss & Hiller, PC
Attorneys for the Defendants
600 Madison Avenue
New York, New York 10022
Telephone:   (212) 319-4000
Facsimile:    (212) 753-4530
Email:         aweiss@weisshiller.com

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- x
PHILLIPS-VAN HEUSEN CORPORATION,              :    Case No. 07 Civ. 8169 (AKH)

                     Plaintiff,                          :

  -against-                                                            :    **NOTICE OF MOTION TO**
                                                                               **DISMISS COUNTERCLAIM**

INTERNATIONAL HOME TEXTILES, INC.              :
and SALO GROSFELD,

                                         :

                     Defendants.

                                         :
-------------------------------------------------------------- x

**PLEASE TAKE NOTICE** that, upon the annexed Declaration of Arnold M. Weiss dated January 9, 2008, and the exhibits annexed thereto, and the memorandum of law in support of plaintiff Phillips-Van Heusen Corporation's motion to dismiss defendant International Home Textiles, Inc.'s counterclaim, and upon all prior pleadings and proceedings in this action, plaintiff, through its undersigned counsel, will move this Court, before the Honorable Alvin K. Hellerstein, in Room 14D of the Courthouse located at 500 Pearl Street, New York, New York, pursuant to Fed. R. Civ. P. 12(b)(6) and 9(b), to dismiss defendant International Home Textiles, Inc.'s counterclaim in its entirety and awarding any other relief this Court deems just and proper.

      **PLEASE TAKE FURTHER NOTICE** that opposition papers, if any, must be served on or before January 23, 2008.

Dated: New York, New York
January 9, 2008

                                                WEISS & HILLER, PC
                                                Attorneys for Plaintiff
                                                600 Madison Avenue
                                                New York, New York 10022
                                                (212) 319-4000

                                  By:  _____
                                                Arnold M. Weiss (AW0942)

To:    Timothy E. DiDomenico
        Greenberg Traurig, LLP
        Attorneys for Defendants
        MetLife Building
        200 Park Avenue, 15th Floor
        New York, New York 10166
        (212) 801-2127