Weiss & Hiller, P.C.
600 Madison Avenue
New York, New York 10022
Telephone:  (212) 319-4000
Facsimile:  (212) 753-4530
Email: aweiss@weisshiller.com

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------- x
PHILLIPS-VAN HEUSEN CORPORATION, :

                Plaintiff,    :

    -against-    :

                                 :

INTERNATIONAL HOME TEXTILES, INC.:
and SALO GROSFELD,

                Defendants.  :
-------------------------------------------------x

Case No. 07 Civ 8169 (AKH)

**DECLARATION IN SUPPORT OF PLAINTIFF'S MOTION TO DISMISS DEFENDANT INTERNATIONAL HOME TEXTILE, INC.'S COUNTERCLAIM**

      **ARNOLD M. WEISS**, an attorney admitted to the practice of law before the Courts of the State of New York, pursuant to 28 U.S.C. §1746, declares under penalty of perjury that the following is true and correct:

      1.    I am member of Weiss & Hiller, PC, attorneys for plaintiff Phillips-Van Heusen Corporation in the above-captioned action. I submit this declaration in support of plaintiff's motion to dismiss defendant International Home Textile, Inc.'s ("IHT") counterclaim.

      2.    I submit this declaration to identify the exhibits referenced in the accompanying Memorandum of Law:

           Exhibit 1:    License Agreement, dated January 1, 2006

           Exhibit 2:    April 27, 2007 letter from PVH to IHT

           Exhibit 3:    Plaintiff's complaint

Exhibit 4:   Defendants' answer with counterclaims

**WHEREFORE**, for the reasons stated herein and in the accompanying Memorandum of Law, plaintiff Phillips-Van Heusen Corporation respectfully requests that the Court issue an dismissing defendant International Home Textile, Inc.'s counterclaim, and granting any and all further relief this Court deems just and proper.

Dated:   New York, New York
         January 9, 2008

_____
Arnold M. Weiss (AW 0942)

2