# Greenberg Traurig

Timothy E. Di Domenico
Tel. (212) 801-2127
Fax (212) 801-6400
didomenicot@gtlaw.com

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/18/08
```

January 17, 2008

So ordered
1-17-08
[signature] AKH

**VIA FACSIMILE**

Honorable Alvin K. Hellerstein
United States District Court
Southern District of New York
500 Pearl Street, Room 1050
New York, New York 10007

Re: *Phillips-Van Heusen Corp. v. International Home Textiles, Inc. and Salo Grosfeld*, Case No. 07 Civ. 8169

Dear Judge Hellerstein:

We represent defendants International Home Textiles, Inc. ("IHT") and Salo Grosfeld ("Defendants") in the above-captioned matter. With the consent of plaintiff Phillips-Van Heusen Corporation's ("PVH") attorneys, we write to request an adjournment of Defendants' opposition to PVH's motion to dismiss IHT's counterclaim from January 23, 2008 to February 12, 2008, and an adjournment of PVH's reply on the motion to February 22, 2008.

We also respectfully request an adjournment of PVH's opposition to Salo Grosfeld's motion to dismiss from January 21, 2008 to January 28, 2008, and of Mr. Grosfeld's reply on the motion from February 4, 2008 to February 22, 2008.

We make this application because the parties have engaged in settlement discussions and wish to explore a potential resolution of this dispute while conserving their own and the Court's resources. The Court previously granted a request by PVH for an adjournment of time to oppose Mr. Grosfeld's motion to dismiss, and a request for additional time to reply or otherwise move against IHT's counterclaim. Defendants consented to both requests. This is Defendants' first request for an adjournment of the above dates.

Respectfully submitted,

[signature]

Timothy E. Di Domenico

cc: Arnold Weiss (by fax)

Greenberg Traurig, LLP | Attorneys at Law | Met Life Building | 200 Park Avenue | New York, NY 10166 | Tel 212.801.9200 | Fax 212.801.6400 | www.gtlaw.com