*2001 Agreement*

**SCHEDULE 6.15**

## APPROVED ACCOUNTS

**BED, BATH & BEYOND**

**BELK**

**DILLARDS**

**FEDERATED**
The Bon Marche
Burdine's
Macy's East
Macy's West
Rich's/Lazarus

**INDEPENDENTS**
Bealls
Bon Ton
Boscovs
Dayton-Hudson
Elder Beerman
Gottschalks
Marshall Fields
Stage Stores

**JCPENNEY**

**LINENS & THINGS**

**MAY CORPORATION**
Famous Barr
Filenes
Foleys
Hechts
Kaufmann's
Lord & Taylor
Meier & Frank
Robinsons/May

**SAKS, INC.**
Carons/Herberger's
Parisian
Proffitt's/McRae's
Younkers