# PHILLIPS – VAN HEUSEN CORPORATION

200 MADISON AVENUE • NEW YORK, NY 10016 • (212) 381-3500

May 26, 2006

**BY CERTIFIED MAIL**

INTERNATIONAL HOME TEXTILES, INC.
19401 West Dixie Highway
Miami, FL 33180
Attn: Salo Grosfeld

Dear Sir:

Reference is made herein to the License Agreement for the IZOD mark, dated as of January 1, 2006, between Phillips-Van Heusen Corporation and International Home Textiles, Inc. (the "License Agreement"). Capitalized terms used herein and not otherwise defined herein shall have meanings ascribed thereto in the License Agreement.

You are hereby notified that as of the date hereof, the accounts included on the attached lists shall constitute your Approved Accounts and Approved Seconds and Closeouts Accounts. Approval for any accounts not contained on such lists is hereby withdrawn, and you may not sell to any accounts not listed on the attached other than to fulfill any firm orders entered into prior to your receipt hereof.

If Licensee wishes to sell to other customers, including specialty accounts, that are not included on the attached lists, Licensee shall seek approval of PVH as per the terms of the License Agreement.

The License Agreement is, and shall continue to be, in full force and effect, except as otherwise provided in this letter amendment, except that all references to the License Agreement set forth in the License Agreement and any other agreements to which the parties hereto are parties that

International Home Textiles, Inc.
Page 2

have been executed prior to date hereof and referring to the License Agreement shall mean the License Agreement, as amended by this letter amendment.

PHILLIPS-VAN HEUSEN CORPORATION

By _____
Mark D. Fischer, Vice President and
General Counsel

cc:  Mr. Kenneth Wyse
     Hayley Werner, Esq.
     Ms. Kirstin Gollop
     Ms. Maria Maselli

## Phillips-Van Heusen Corporation
## Izod
## International Home Textiles, Inc.
### Approved Accounts

**DEPARTMENT STORE CHANNEL**
Macy's East/Hecht Co./Filene's/Kaufmann's
Macy's Florida/Burdines
Macy's Midwest/Famous Barr
Macy's North/Marshall Fields
Macy's Northwest/Bon Marche/Meier & Frank
Macy's South/Foley's
Macy's West/Robinson's/May
Macy's Central/Rich's/Lazarus
Macy's.com
Lord & Taylor

**INDEPENDENT STORE CHANNEL**
AAFES ( For US Bases Only)
AS Cooper
Beall's Dept. Store
Belk/Profitts/McRae's
Boscov's
Carson's/ BonTon
Casual Male
Dawahares
Dillards
Dunlaps
Gottschalks
Marine Corps ( For US Bases Only)
Nexcom/Navy Exchange ( For US Bases Only)
Parisian
Stage Stores/SSI/SRI
Vets Canteen

**HOME STORES**
Bed Bath & Beyond
Linens N Things
*For Sleepwear/Loungewear/Intimates/Home Goods /only*

**MID CHANNEL**
JC Penney*
JC Penney International
Peebles/BC Moore

**SPORTING GOODS**
Bass Pro Shops
Bob's Stores
Dicks Sporting Goods
Foot- Locker
Paragon Sports

**OTHERS**
PVH Stores

\* The Licensee shall be permitted to sell the Licensed Products to JC Penney, subject to the limitations set forth in License Agreement.

Dist. Channel- Izod - Approved Accounts-Internat. Home Textiles.doc

## Phillips-Van Heusen Corporation
## Izod
## International Home Textiles, Inc.
### Approved Seconds and Close-Outs Accounts

**OFF PRICE CHANNEL**
Beall's Outlet
Burlington Coat
Century 21
Filene's Basement
Gordmans
K&G
MarMaxx/Newton Buying
Ross
Steinmart

Dist. Channel- Izod - Second-Close-Outs Approved Accounts. International Home Textiles.doc