**EXHIBIT A**

## ROYALTY STATEMENT

FORM MUST BE SUBMITTED COMPLETED

# PHILLIPS-VAN HEUSEN CORPORATION

Page ____ of _____

Date _____

| | |
|---|---|
| NAME OF LICENSEE: | INTERNATIONAL HOME TEXTILES, INC. |
| LICENSEE'S ADDRESS: | 19401 WEST DIXIE HIGHWAY<br>MIAMI, FLORIDA 33180 |
| LICENSED PRODUCT: | SHEETS, PILLOW CASES AND TOWELS, INCLUDING, WITHOUT LIMITATION, WASH CLOTHS, HAND TOWELS, BATH TOWELS, BATH SHEETS, BATH MATS AND BEACH TOWELS, BUT EXCLUDING DISH TOWELS |

(i) For each month during the period of _____ to _____ (the "Period").

For the month of _____:

| Category | Style No. | Units | Net Sales | Percentage Royalties |
|---|---|---|---|---|

For the month of _____:

| Category | Style No. | Units | Net Sales | Percentage Royalties |
|---|---|---|---|---|

For the month of _____:

| Category | Style No. | Units | Net Sales | Percentage Royalties |
|---|---|---|---|---|

1

## TOTAL

(ii)  NET SALES BY ACCOUNT

(iii) INVENTORY AS OF THE END OF THE PERIOD:

**Style Number**          **Units**               **Wholesale Price**

    The undersigned, _____ the _____ of Licensee, does hereby certify that the foregoing information provided to PVH pursuant to Section 4.2 of the License Agreement between PVH and Licensee dated as of January 1, 2006 is complete and accurate.

    IN WITNESS WHEREOF, the undersigned has executed this Royalty Statement on this ___ day of _____, ____.

    LICENSEE:
INTERNATIONAL HOME TEXTILES, INC.

By: _____
    Name:
    Title: