**EXHIBIT C**

## STYLE APPROVAL FORM

<u>(ALL SAMPLES SUBMITTED FOR APPROVAL MUST BE IN CORRECT FABRIC)</u>

FORM MUST BE SUBMITTED COMPLETED

## PHILLIPS-VAN HEUSEN CORPORATION

Page ____ of _____
Date _____

NAME OF LICENSEE:   INTERNATIONAL HOME TEXTILES, INC.
LICENSEE'S ADDRESS:  19401 WEST DIXIE HIGHWAY
                     MIAMI, FLORIDA 33180

LICENSED PRODUCT:   Sheets, pillow cases and towels, including, without limitation, wash cloths, hand towels, bath towels, bath sheets, bath mats and beach towels, but excluding dish towels

SEASON(S) _____ STYLE NUMBER _____ FABRICATION _____

WHOLESALE PRICE _____ COLORS _____

SIZES _____ FACTORY _____

START TAKING ORDERS _____ END TAKING ORDERS _____

START SHIP _____ END SHIP _____

LICENSEE: INTERNATIONAL HOME TEXTILES, INC.

By: _____
Name: _____
Title: _____

APPROVED _____ DISAPPROVED _____

COMMENTS _____
_____

LICENSOR:

By: _____          By: _____
Name: _____        Name: _____
Title: _____       Title: <u>Division Manager</u>

DATE RETURNED TO LICENSEE _____

Submit to the attention of:

Phillips-Van Heusen Corporation
200 Madison Avenue
New York, NY 10016
Attention: President - Licensing