

# WEISS & HILLER, PC
*Attorneys at Law*
600 Madison Avenue
New York, New York 10022
(212) 319-4000

Direct email: aweiss@weisshiller.com
Website: www.weisshiller.com

Telecopier: (212) 753-4530

February 14, 2008

**VIA FACSIMILE**

Honorable Alvin K. Hellerstein
United States District Court
 Southern District of New York
500 Pearl Street, Room 1050
New York, New York 10007

*So ordered, no further adjournment 2/14/08*

Re: Phillips-Van Heusen Corporation v. International Home Textiles, Inc. and Salo Grosfeld
    Case No. 07 Civ. 8169

Dear Judge Hellerstein:

We represent plaintiff Phillips-Van Heusen Corporation in the above-captioned action.

As you may be aware, there are two motions to dismiss that are currently pending in this case: one filed by plaintiff to dismiss defendants' counterclaim, and one filed by defendant Grosfeld, to dismiss the Complaint. With the consent of counsel for defendants, we write to request that the time for the parties to file their reply papers for both motions, respectively, be adjourned from February 22, 2008 to February 26, 2008.

Honorable Alvin K. Hellerstein
February 14, 2007
page 2

    This is plaintiff's first request for an adjournment of the reply papers. Please do not hesitate to contact us if you have any questions.

                                        Respectfully submitted,

                                        Arnold Weiss, Esq.

c:      Timothy E. DiDomenico (By Facsimile)