

# Greenberg Traurig

Timothy E. Di Domenico
Tel. (212) 801-2127
Fax (212) 801-6400
didomenicot@gtlaw.com



RECEIVED APR 0 8 2008 CHAMBERS OF ALVIN K. HELLERSTEIN U.S.D.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/8/08

April 8, 2008

So ordered
4-8-08
[signature]

**VIA FACSIMILE**

Honorable Alvin K. Hellerstein
United States District Court
Southern District of New York
500 Pearl Street, Room 1050
New York, New York 10007

Re: *Phillips-Van Heusen Corp. v. International Home Textiles, Inc. and Salo Grosfeld*, Case No. 07 Civ. 8169

Dear Judge Hellerstein:

    We represent defendants International Home Textiles, Inc. ("IHT") and Salo Grosfeld ("Defendants") in the above-captioned matter. As the Court is aware, the discovery cut-off and deadline for the taking of depositions in the above-referenced matter is Monday, April 14, 2008. On March 28, 2008, plaintiff Phillips-Van Heusen Corporation ("PVH") noticed the deposition of Mr. Grosfeld for April 12, 2008 and the deposition of an IHT representative "with knowledge of the circumstances detailed in the complaint and answer" for April 14, 2008. Mr. Grosfeld, who would serve as the witness for either deposition, is unavailable on those dates because he will be traveling out of the country on business from April 12 through April 18, 2008. Mr. Grosfeld also has business commitments in Florida, where he resides, on April 10 and 11, 2008 and is unavailable on those dates.

    Given Mr. Grosfeld's unavailability on the noticed deposition dates, Defendants have agreed to make him available for a deposition in New York on April 22 or April 24, 2008, and PVH has consented to these dates. Defendants, with PVH's consent, therefore respectfully request a brief adjournment of the deposition and discovery deadlines for the sole purpose of the taking of Mr. Grosfeld's deposition on either April 22 or April 24, 2008.

    The request to modify the existing schedule does not impact any other established deadlines and will not prejudice either party. PVH has reserved all its rights to seek appropriate

Honorable Alvin K. Hellerstein
April 8, 2008
Page 2

---

relief in the event the Court denies this application.

Respectfully submitted,

Timothy E. Di Domenico

cc: Arnold Weiss (by email)