> A suggestion of settlement having been made, this case is dismissed, subject to restoration by either party within 30 days on notice. All pending court dates are cancelled. The Clerk is directed to close the case.
>
> Alvin K. Hellerstein, U.S.D.J.
> Date:

# Greenberg Traurig

Timothy E. Di Domenico
Tel. (212) 801-2127
Fax (212) 801-6400
didomenicot@gtlaw.com

April 24, 2008

**VIA FACSIMILE**

Honorable Alvin K. Hellerstein
United States District Court
Southern District of New York
500 Pearl Street, Room 1050
New York, New York 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5/2/08

Re: *Phillips-Van Heusen Corp. v. International Home Textiles, Inc. and Salo Grosfeld*, Case No. 07 Civ. 8169

Dear Judge Hellerstein:

On behalf of the parties in the above-captioned matter, we write to inform the Court that the parties have reached a settlement in principle in this case and are in the process of preparing settlement papers. In order to finalize a settlement without a further expenditure of resources, while accommodating the schedules of counsel and Mr. Grosfeld, the parties have jointly requested an adjournment of the deposition of Mr. Grosfeld, which was to take place today, to May 20, 2008. On April 22nd, counsel for the parties called your Honor's chambers to inform the Court of the above, and "Sheila" of your Honor's office advised them that their request to adjourn Mr. Grosfeld's deposition was granted.

We thank the Court for its time and consideration in this case, and we will let the Court know when the parties' settlement is concluded.

Respectfully submitted,

Timothy E. Di Domenico

cc: Arnold Weiss (by email)

A suggestion of settlement having been made, this case is dismissed, subject to restoration by either party within 30 days on notice. All pending court dates are cancelled. The Clerk is directed to close the case.

Alvin K. Hellerstein, U.S.D.J.
Date: 5/1/08

Greenberg Traurig, LLP | Attorneys at Law | Met Life Building | 200 Park Ave